WESLEY A. ROCHE v. JAMES J. SEXTON and Others. KNICKERBOCKER VILLAGE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JOSEPH SINGER v. DAVID L. SACKS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of AMERICAN BERET & MILLINERY Co., INC., to DAVID HIRSCH, Assignee. SAMUEL BERNSTEIN. DAVID HIRSCH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's compliance with sections 593 and 595 of the Civil Practice Act. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MILTON J. KRAMER v. THE BANK OF UNITED STATES and Another, Impleaded with BESSIE K. COHEN.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or refusal by the Court of Appeals of leave to appeal upon compliance by appellant with sections 593 and 595 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Supplementary Proceedings: ÆTNA LIFE INSURANCE COMPANY v. ASBA CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of Supplementary Proceedings: ÆTNA LIFE INSURANCE COMPANY v. ASBA CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

TONA FRANK v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HULDAH MAE C. THIRKIELD, as Executrix, etc., of WILBUR GAMMON THIRKIELD, Deceased, for the Construction of the Last Will and Testament of HELEN TAYLOR THIRKIELD, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FLORENCE DALRYMPLE and Another v. DON B. COLTON and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EDWARD A. MINAZZOLI v. MARY BARNWELL.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

JOSEPH B. ROBERTS v. JEANNE SONYA BOLASH ROBERTS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.